IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MATTHEW IVAN ZIMMERMAN,

      Plaintiff,

v.                                  2:24-CV-46-Z-BR

POTTER COUNTY DETENTION CENTER,

      Defendant.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge (ECF No. 8) to dismiss the Amended Complaint pursuant to 42 U.S.C. Section 1983 filed by Plaintiff. No objections to the findings, conclusions, and recommendation have been filed, though Plaintiff did file another Motion to Appoint Counsel ("Motion") (ECF No. 9). Nothing in that Motion demonstrates the "extraordinary circumstances" required by the Fifth Circuit to appoint counsel. *Martinez v. Jackson*, 77 F.3d 474 (5th Cir. 1995) (per curiam).

Thus, after making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED** without prejudice.

      **SO ORDERED**.

April 17, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE